People of the State of Illinois, Defendant in Error,
v. Joseph G. Hebert, Plaintiff in Error.

Gen. No. 42,725.

636

Heard in the second division, first district, this court at the December term, 1943; opinion filed February 10, 1944. Jack L. Sachs and Cameron Latter, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.